**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1212**

LAURA H.G. O'SULLIVAN; CHASITY BROWN; RACHEL KIEFER; MICHAEL T. CANTRELL; JESSICA HORTON, Substitute Trustees,

    Plaintiffs - Appellees,

  v.

JASON C. HAGAN,

    Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:25-cv-00643-JRR)

Submitted:  June 12, 2025       Decided:  June 17, 2025

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jason C. Hagan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason C. Hagan seeks to appeal the district court's order remanding this case to state court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). With limited exceptions not applicable here, a district court's order remanding a removed case for lack of subject matter jurisdiction is not reviewable on appeal or otherwise. 28 U.S.C. § 1447(d); *see Doe v. Blair*, 819 F.3d 64, 66-67 (4th Cir. 2016) ("[A] district court may remand a case *sua sponte* for lack of subject matter jurisdiction at any time, and such an order is not reviewable." (citations omitted)). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*